FILED

01/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0572

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23-0572

SCARLET VAN GARDEREN, a minor by and through her guardians, Jessica van Garderen and Ewout van Garderen; JESSICA VAN GARDEREN, an individual; EWOUT VAN GARDEREN, an individual; PHOEBE CROSS, a minor by and through his guardians Molly Cross and Paul Cross; MOLLY CROSS, an individual; PAUL CROSS, an individual; JANE DOE, an individual; JOHN DOE, an individual; JUANITA HODAX, on behalf of herself and her patients, KATHERINE MISTRETTA, on behalf of herself and her patients,

Plaintiffs and Appellees,

v.

STATE OF MONTANA; GREGORY GIANFORTE, in his official capacity as Governor of the State of Montana; AUSTIN KNUDSEN, in his official capacity as Attorney General; MONTANA BOARD OF MEDICAL EXAMINERS; MONTANA BOARD OF NURSING; MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES; CHARLIE BRERETON, in his official capacity as Director of the Montana Department of Public Health and Human Services,

Defendants and Appellants.

On appeal from the Fourth Judicial District, Missoula County Cause
No. DV 2023-541, the Honorable Jason Marks, Presiding

**ORDER GRANTING APPELLANTS' UNOPPOSED
MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF**

Upon Appellants' Unopposed Motion for Leave to File an Over-Lenth Opening Brief, and for good cause shown, Appellants' Motion is GRANTED.

Appellants may file an over-length Opening Brief consisting of no more than 20,000 words.

**ELECTRONICALLY DATED AND SIGNED BELOW**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 9 2024